1  Tanya Moore, Esq. SBN 206683
   MOORE LAW FIRM, P.C.
2  332 N. Second Street
   San Jose, CA  95112
3  Telephone (408) 271-6600
   Facsimile (408) 298-6046
4

5  Attorneys for Plaintiff
   Ronald Moore
6

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **EASTERN DISTRICT OF CALIFORNIA**
10

11 RONALD MOORE,                          )  No.  1:10-CV-00976-GSA
                                          )
12         Plaintiff,                     )  **STIPULATION FOR DISMISSAL OF**
                                          )  **ACTION; ORDER**
13     vs.                                )
                                          )
14 JOHN GABELICA, et al.,                 )
                                          )
15                                        )
           Defendants.                    )
16                                        )
                                          )
17 _____)

18     IT IS HEREBY STIPULATED by and between the parties who have appeared in this

19 action, by and through their respective counsel, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

20 the above-captioned action be and hereby is dismissed with prejudice in its entirety.

21

22 Date: December 22, 2010                        MOORE LAW FIRM, P.C.

23

24
                                                 /s/Tanya E. Moore
25                                               Tanya E. Moore
                                                 Attorneys for Plaintiff
26

27

28

*Moore v. Gabelica, et al.*
Stipulation for Dismissal
                                        Page 1

1  Date: December 22, 2010                    ATKINSON, ANDELSON, LOYA,
2                                              RUUD & ROMO
3
4                                              /s/  Howard A. Sagaser
                                               Howard A. Sagaser, Attorneys for Defendant
5                                              Magnolia Tree Properties, L.P.
6
                                    **ORDER**
7
8
       The parties having so stipulated,
9
       IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.
10
11
12
13
   IT IS SO ORDERED.
14
15     Dated:    **December 22, 2010**                    **/s/ Gary S. Austin**
                                                      UNITED STATES MAGISTRATE JUDGE
16
17
18
19
20
21
22
23
24
25
26
27
28


*Moore v. Gabelica, et al.*
Stipulation for Dismissal
                                    Page 2